Eastern District of Kentucky
FILED
APR 04 2019
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff,** V. **WILLIAM LYKINS,** **Defendant.** | **CRIMINAL NO. 5:15-26-KKC** **ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the Defendant's Motion to Vacate under 28 U.S.C. § 2255 (DE 138) and United States Magistrate Judge Edward B. Atkins's Recommended Disposition (DE 159). Judge Atkins recommended that the Defendant's Motion be denied. (DE 159 at 10.) No objections have been filed as to his recommendations. The Court, after reviewing the Defendants Motion and applicable law, agrees with Judge Atkins's Recommended Disposition.

Accordingly, the Court, being sufficiently advised, **HEREBY ORDERS** as follows:

(1) Judge Atkins's Recommended Disposition (DE 159) is **ADOPTED** as the Court's opinion.

(2) The Defendant's Motion to Vacate under 28 U.S.C. § 2255 (DE 138) is **DENIED**.

(3) A Certificate of Appealability **SHALL NOT ISSUE** because the Defendant has not made a substantial showing of the denial of a Constitutional right. *See* 28 U.S.C. § 2253(c)(3).

(4) A separate Judgment shall issue.

Dated April 4, 2019.



Signed By:
Karen K. Caldwell
United States District Judge